UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

NATHAN GARY CHRISTENSEN,

    Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
**(Sexual Exploitation of a Child)**

On or about September 23, 2022, in Missaukee County, in the Southern Division of the Western District of Michigan,

**NATHAN GARY CHRISTENSEN**

knowingly used, persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct and that were produced using materials which had been shipped or transported in interstate or foreign commerce.

Specifically, the defendant used, persuaded, induced, and enticed Victim 1, who was approximately 4 years old, to engage in sexually explicit conduct. The defendant produced images and videos depicting sexually explicit conduct, including but not limited to, the video with the file name "20220923_132007.mp4." The defendant produced the images using digital devices, including, but not limited to, a

1TB Western Digital Hard drive, that was manufactured outside the State of Michigan.

**18 U.S.C. § 2251(a) and (e)**

## COUNT 2
**(Sexual Exploitation of a Child)**

On or about September 17, 2022, in Missaukee County, in the Southern Division of the Western District of Michigan,

**NATHAN GARY CHRISTENSEN**

knowingly used, persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct and that were produced using materials which had been shipped or transported in interstate or foreign commerce.

Specifically, the defendant used, persuaded, induced, and enticed Victim 1, who was approximately 4 years old, to engage in sexually explicit conduct. The defendant produced images and videos depicting sexually explicit conduct, including but not limited to, the video with the file name "20220917_134910.mp4." The defendant produced the images using digital devices, including, but not limited to, a 1TB Western Digital Hard drive, that was manufactured outside the State of Michigan.

**18 U.S.C. § 2251(a) and (e)**

## COUNT 3
**(Sexual Exploitation of a Child)**

On or about August 29, 2022, in Missaukee County, in the Southern Division of the Western District of Michigan,

**NATHAN GARY CHRISTENSEN**

knowingly used, persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct and that were produced using materials which had been shipped or transported in interstate or foreign commerce.

Specifically, the defendant used, persuaded, induced, and enticed Victim 2, who was approximately 3 months old, to engage in sexually explicit conduct. The defendant produced a video with the file name "20220829_065321.mp4" that depicted sexually explicit conduct. The defendant produced the video using digital devices, including, but not limited to, a 1TB Western Digital Hard drive, that was manufactured outside the State of Michigan.

**18 U.S.C. § 2251(a) and (e)**

## COUNT 4
**(Sexual Exploitation of a Child)**

On or about August 13, 2022, in Missaukee County, in the Southern Division of the Western District of Michigan,

**NATHAN GARY CHRISTENSEN**

knowingly used, persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct and that were produced using materials which had been shipped or transported in interstate or foreign commerce.

Specifically, the defendant used, persuaded, induced, and enticed Victim 2, who was approximately 3 months old, to engage in sexually explicit conduct. The defendant produced a video with the file name "20220813_075450.mp4" that depicted sexually explicit conduct. The defendant produced the video using digital devices, including, but not limited to, a 1TB Western Digital Hard drive, that was manufactured outside the State of Michigan.

**18 U.S.C. § 2251(a) and (e)**

## COUNT 5
**(Sexual Exploitation of a Child)**

Some time in or about 2007, the exact date being unknown to the grand jury, in Missaukee County, in the Southern Division of the Western District of Michigan,

**NATHAN GARY CHRISTENSEN**

knowingly used, persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct and that were produced using materials which had been shipped or transported in interstate or foreign commerce.

Specifically, the defendant used, persuaded, induced, and enticed Victim 3, who was approximately 5 years old, to engage in sexually explicit conduct. The defendant produced a video with the file name "5YO [Victim 3] LEARNING SUCKS AND FUCKS 1 FULL VIDORIGINAL.mp4" that depicting sexually explicit conduct. The defendant produced the images using digital devices, including, but not limited to, a Seagate 1TB Hard drive, that was manufactured outside the State of Michigan.

**18 U.S.C. § 2251(a) and (e)**

## COUNT 6
**(Possession of Child Pornography)**

On or about October 7, 2022, in Missaukee County, in the Southern Division of the Western District of Michigan,

**NATHAN GARY CHRISTENSEN**

knowingly possessed images of child pornography that involved prepubescent minors, including, but not limited to, one or more of the videos charged in Counts 1 through 5 and incorporated herein. Such videos were produced using materials which had been shipped or transported in interstate or foreign commerce, including, but not limited to, a 1TB Western Digital Hard drive and a Seagate 1TB Hard Drive, which were manufactured outside the State of Michigan.

**18 U.S.C. § 2252A(a)(5)(B) and (b)(2)**
**18 U.S.C. § 2256(8)(A)**

# FORFEITURE ALLEGATION
## (Sexual Exploitation of Minors, Possession of Child Pornography)

The allegations contained in Counts 1 through 6 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of one or more of the offenses in violation of 18 U.S.C. §§ 2251 and 2252A,

## NATHAN GARY CHRISTENSEN

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property. The property to be forfeited, as to all counts, includes, but is not limited to, the following:

1. Montech computer tower, S/N: K20007292229,
2. FSP computer tower, ID NUMBER CMT51090400078,
3. Thermaltake computer tower, ID number VN40006W2N-1208-002328,
4. Samsung cellular telephone (black in color),
5. Seagate hard drive, S/N: 5LAGBVCY,
6. Hitachi hard drive, S/N: JP2940HD1ZJUUC,
7. Lexar 64GB SD card,
8. Seagate 250GB hard drive, S/N:9RY1C8M3,
9. Western digital 1 TB hard drive, S/N:WCAV5H953709,
10. Acer laptop, model: Aspire One,
11. HP laptop, model: Envy, S/N:5CD43045DP,
12. Five (5) USB 32 GB flash drives,

13. USB 64 GB flash drive,
14. Silver USB flash drive,
15. Two (2) Black USB flash drives,
16. USB/USB C adapter,
17. Seagate 160GB hard drive, S/N:9RXCQN82,
18. Toshiba 500GB hard drive, S/N:Y4IECQ56TZW4HDKCB16T,
19. Hitachi 2TB hard drive, S/N:YAJVDR7Z,
20. Seagate 80GB hard drive, S/N:5RW0MRJW,
21. Seagate 80GB hard drive, S/N:5RW3YSSL,
22. Seagate 80GB hard drive, S/N:9RW3SD3T,
23. Seagate 250GB hard drive, S/N:9RY1BTD9,
24. Seagate 100GB hard drive, S/N:5PL2T191,
25. ONN tablet,
26. Fifteen (15) DVDs, and
27. Samsung smart phone, model SM-A125U, SN: R58R83WDZBF with a 32GB SD card, SIM-89014103272221393602.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and by 28 U.S.C. § 2461(c).

**18 U.S.C. § 2253**
**21 U.S.C. § 853(p)**
**28 U.S.C. § 2461(c)**
**18 U.S.C. § 2251**

18 U.S.C. § 2252A

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DANIEL Y. MEKARU
Assistant United States Attorney