UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.

NATHAN GARY CHRISTENSEN,

       Defendant.
_____/

Case No. 1:23-cr-13

Hon. Hala Y. Jarbou
Chief United States District Judge

**DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE**

NOW COMES the defendant, Nathan Gary Christensen, by his attorney James Stevenson Fisher of the Office of the Federal Defender, to move this Honorable Court to depart downward within the U.S. Sentencing Guidelines pursuant to U.S.S.G. § 2B1.1. The basis for this departure will be found in the PSR and sentencing memorandum filed in this case.

                                                Respectfully submitted,

                                                SHARON A. TUREK
                                                Federal Public Defender

Dated:   August 7, 2023              /s/ James Stevenson Fisher
                                                JAMES STEVENSON FISHER
                                                Assistant Federal Public Defender
                                                50 Louis NW, Suite 300
                                                Grand Rapids, Michigan 49503
                                                (616) 742-7420