UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

- - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NATHAN GARY CHRISTENSEN,

        Defendant.

_____/

No.   1:23-CR-13

Hon. HALA Y. JARBOU
Chief U.S. District Judge

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
<u>MOTION FOR DOWNWARD VARIANCE</u>**

On March 27, 2023, defendant, Nathan Gary Christensen, pleaded guilty to the Counts 2, 3, and 5 of the Indictment. The Probation Office prepared a Presentence Investigation Report for Christensen. The Presentence Investigator calculated the guidelines and determined that the total offense level was 43 and criminal history category IV. The sentence recommended by the guidelines is 1,080 months (90 years). There are no objections for the Court to consider. However, Christensen asks this Court to consider a downward variance and sentence Christensen to concurrent terms for the three counts or a custodial term less than 90 years. For the reasons stated below, the government opposes the defense motion to reduce Christensen's sentence.

1

The scope, depravity, and degradation of Christensen's conduct is beyond stunning. The government found and charged production of child pornography that dates back to 2007. His sexual assaults of children continued until his arrest in 2022 and demonstrates 15 years of sexual predation on children. His abuse of minors spanned from the mentally disabled to a four-month-old infant to a three-day-old newborn. The evil stain he left on the lives around him will not wash away with time. For them, there is no option to reduce the destruction on their lives. Christensen has no redeeming qualities that outweigh the massive bulk of vile degradation. No reduction is warranted.

WHEREFORE, the United States opposes the defense motion for a downward variance.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: August 14, 2023

  */s/ Daniel Y. Mekaru*
DANIEL Y. MEKARU
Assistant United States Attorney
PO Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

2